UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:24-cr-137-CEM-RMN

JORDANISH TORRES-GARCIA ET AL.

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Dana E. Hill has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Dana E. Hill
Dana E. Hill
Assistant United States Attorney
USA No. 189
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: dana.hill@usdoj.gov

**U.S. v. TORRES- GARCIA ET AL.**         **Case No. 6:24-cr-137-CEM-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Roger Weeden, Esq.

     /s/ Dana E. Hill
Dana E. Hill
Assistant United States Attorney No.
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  dana.hill@usdoj.gov

2