AO 442 (Rev.11/11) Arrest Warrant

**SEALED**
FID 11481494 

RECEIVED USMS ORLANDO
2024 JUN 5 PM 4:14

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Dereck Alexis Rodriguez BONILLA | ) Case No. 6:24-cr-137 CEM/RMN |
| *Defendant* | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Dereck Alexis Rodriguez BONILLA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Carjacking Resulting in Death in violation of 18 U.S.C. § 2119(3)
Kidnapping, in violation of 18 U.S.C. § 1201(a)(1)
Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1)

Date: 6/5/24

*Issuing officer's signature*

City and state:   Orlando, FL

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/5/24, and the person was arrested on *(date)* 6/5/24
at *(city and state)* Orlando, FL

Date: 6/5/24

*Arresting officer's signature*

KIRK PRENDERGAST TFO/FBI
*Printed name and title*