# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.　　　　　　　　　　　　　　　　　　　　CASE NO: 6:24-cr-137-CEM-RMN

**DERECK ALEXIS RODRIGUEZ BONILLA**

AUSA: Dana Hill

Defense Attorney: Charles M. Greene- Criminal Justice Act

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **June 6, 2024**<br>1:58 P.M.-2:04 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 6 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Rosa Ospina/Spanish | PRETRIAL/PROB: | Juan Cabrera |

## CLERK'S MINUTES
### INITIAL APPEARANCE AND ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Court advises defendant of his rights.
Court summarizes the counts in the Superseding Indictment. The Government advises as to the potential penalties.
Defense oral motion for appointment of counsel-Motion granted- Court appoints CJA- Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of August 5, 2024, before Judge Mendoza- Criminal Scheduling Order to be entered.
Government oral motion for detention.
Government Motion for Continuance-Granted.
Detention hearing set Friday, June 7th @ 2:00 pm with Judge Baker.
Court adjourned.