AO 442 (Rev.11/11) Arrest Warrant

**SEALED**

FID 1167440

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 6:24-cr- 137 CFM/RMN |
| GIOVANY JOEL CRESPO HERNANDEZ | ) |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GIOVANY JOEL CRESPO HERNANDEZ

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Carjacking Resulting in Death in violation of 18 U.S.C. § 2119(3)
Kidnapping, in violation of 18 U.S.C. § 1201(a)(1)
Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1)

Date: 6/5/24

City and state: Orlando, FL

*Issuing officer's signature*

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* June 5, 2024, and the person was arrested on *(date)* June 7, 2024
at *(city and state)* Orlando, FL.

Date: June 7, 2024

*Arresting officer's signature*

Anthony Jorgensen DUSM
*Printed name and title*