UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:24-cr-137-CEM-RMN

**JORDANISH TORRES GARCIA**
**KEVIN OCASIO JUSTINIANO**
**GIOVANY CRESPO HERNANDEZ**
**DERECK ALEXIS RODRIGUEZ BONILLA**

**NOTICE OF APPEARANCE**

Please note the appearance of Assistant United States Attorney Jennifer M. Harrington, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Stephanie A. McNeff, on behalf of the Government.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
