UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:24-cr-137-Orl-CEM-RMN

**UNITED STATES OF AMERICA,**

v.

**GIOVANY JOEL CRESPO HERNANDEZ**

_____/

## HERNANDEZ'S MOTION FOR COSTS

Defendant, **GIOVANY JOEL CRESPO HERNANDEZ**, by and through his undersigned attorney, moves for costs and as support states as follows:

The United States has provided one seven (7) terabyte hard drive called "Defense Drive" in order for each defense team to download the discovery. The Defense Drive has been provided to the Federal Public Defender's Office in Puerto Rico. The Defender's office is in the process of uploading the data to a cloud based server to be accessed by all defense teams. During the upload process, all defense teams were informed it may be better to submit a hard drive to the Defender's office in order to download the data to each defense team. Counsel for Hernandez found an eight (8) terabyte hard drive now on sale for less than $200.00, regular price is $229.00.

WHEREFORE, HERNANDEZ requests that this Court grant the motion, allow Hernandez to order a hard drive, and any other relief the Court deems necessary and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand delivered to the Clerk of Court on this 14th day of November 2024.

*Charles E. Taylor, Jr.*
Charles E. Taylor, Jr., Esquire
Florida Bar No.: 0529321
37 North Orange Avenue, Suite 500
Orlando, Florida  32801
Charles@attorneytaylor.com
Telephone: 407-244-5997
Facsimile: 407-614-1600