# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**                    No: 6:24-cr-00137-CEM-RMN

    *Plaintiff*,

**v.**

**CESAR AUGUSTO SILVA FERNANDEZ,**

    *Defendant.*

_____/

## SILVA FERNANDEZ'S MOTION FOR COSTS

The Defendant, **CESAR AUGUSTO SILVA FERNANDEZ,** by and through his undersigned attorney, moves for costs and as support states as follows:

The United States Attorney's Office has informed the counsel below, appointed on behalf of the CJA, that a ten terabyte drive is necessary to download the discovery.

Counsel for Silva Fernandez located a ten terabyte hard drive currently on sale for $161.99 (normally $249.99) on Amazon.com.

**WHEREFORE**, SILVA FERNANDEZ requests that this Court grant the motion for costs to purchase a 10-terabyte hard drive, allowing Silva Fernandez to purpose a hard drive in order to receive a copy of the discovery.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on the 10th day of January 2025, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the Assistant United States Attorney.

                Respectfully submitted by,

                */s/ Michelle Yard*
                Michelle Yard, BCS
                Florida Bar Number: 14085
                Email: michelle@joshi.law
                Secondary: hailey@joshi.law
                **Joshi Law Firm, P.A.**
                5750 Major Blvd., Suite 530
                Orlando, Florida 32819
                Office: (407) 661-1109
                Attorney for Silva Fernandez