SEALED

AO 442 (Rev.11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
JAN 0 9 2025

United States of America
v.
CESAR AUGUSTO SILVA FERNANDEZ

_____
Defendant

Case No.  6:24-cr-137-CEM-RMN

## ARREST WARRANT

TO: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CESAR AUGUSTO SILVA FERNANDEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Hobbs Act Conspiracy, Hobbs Act Robbery, Brandishing Firearm in Robbery, in violation of 18 U.S.C. §§ 1951(a), (b), 2 and 18 U.S.C. §§ 924(c)(1)(A)(ii), and 2.  Possession of firearm by convicted felon in violation of 18 U.S.C. § 922(g)

Date: 1/8/2025

_____
*Issuing Officer's signature*

City and state:  Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/9/2025, and the person was arrested on *(date)* 1/9/2025
at *(city and state)* Orlando, FL
Date: 1/9/2025

SA Stephen Taylor
*Arresting officer's signature*

Stephen Taylor SA
*Printed name and title*