UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                  CASE NO. 6:24-cr-137-CEM-RMN

JORDANISH TORRES-GARCIA

## MOTION TO WITHDRAW

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Stephanie McNeff in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Dana Hill.

                                             Respectfully submitted,

                                             SARA C. SWEENEY
                                             Acting United States Attorney

By:     */s/ Stephanie A. McNeff*
           STEPHANIE A. MCNEFF
           Assistant United States Attorney
           Florida Bar No. 1003060
           400 W. Washington Street, Suite 3100
           Orlando, Florida 32801
           Telephone: (407) 648-7500
           Facsimile: (407) 648-7643
           E-mail: Stephanie.mcNeff@usdoj.gov

U.S. v. JORDANISH TORRES-GARCIA           Case No. 6:24-cr-137-CEM-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeffrey Geldert Brown
Bjorn Erik Brunvand
Roger L. Weeden
Charles M. Greene
Andrew J. Chmelir
Alec Fitzgerald Hall
Charles E. Taylor, Jr
Jorge L. Gerena-Mendez
Susan Meredith Malove
D. Todd Doss
Michelle Yard
Jeffrey L. Ertel
Sulay Rios-Fuentes

                                          /s/ Stephanie A. McNeff
                                          STEPHANIE A. MCNEFF
                                          Assistant United States Attorney
                                          Florida Bar No. 1003060
                                          400 W. Washington Street, Suite 3100
                                          Orlando, Florida 32801
                                          Telephone: (407) 648-7500
                                          Facsimile: (407) 648-7643
                                      E-mail: Stephanie.mcNeff@usdoj.gov