UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                 Case No. 6:24-CR-137 (CEM)(RMN)
                                     Case No. 6:24-CR-114 (CEM)

KEVIN OCASIO JUSTINIANO

## UNOPPOSED MOTION TO CONTINUE

On January 15 and January 23, 2025, this Court set the sentencing for Defendant Ocasio Justiniano for April 15, 2025. (Case No. 6:24-cr-137 Dkt. 189; Case No. 6:24-cr-114, Dkt. 51.) For both cases, Defendant Ocasio Justiniano's conduct relates to pending cases against numerous other defendants set to proceed to trial later this year. The parties anticipate that delaying sentencing until these trials are complete will allow this Court to sentence the defendant by considering all of the information appropriate for a proper determination that accounts for the nature and circumstances of the offenses, the characteristics of the offender, avoidance of disparate sentences for co-defendants and the other relevant considerations under federal sentencing law. *See* 18 U.S.C. § 3553(a). The parties request that sentencing be continued through September 2025 at a date convenient to the Court.

Although this Court should avoid unnecessary delay, it is broadly empowered to continue sentencing for good cause shown. Fed. R. Crim. Pro. 32(b)(1), (2). In this case, Defendant Ocasio Justiniano does not object to a delay in sentencing and the

delay will allow the Court to ensure that his sentence is sufficient, but not greater than necessary, to meet the goals of sentencing considering all the relevant information to be considered.

The parties have conferred and are entirely in agreement with this continuance.

>
> Respectfully submitted,
>
> SARA C. SWEENEY
> United States Attorney
>
> By: /s/ *Dana E. Hill*
> Dana E. Hill
> Assistant United States Attorney
> No. 189
> 400 West Washington Street, Ste. 3100
> Orlando, Florida 32801
> Telephone: (407) 648-7500
> Facsimile: (407) 648-7643
> E-Mail: dana.hill@usdoj.gov

U.S. v. OCASIO JUSTINIANO   Case No. 6:24-cr-137-CEM-RMN
                            Case No. 6:24-CR-114 (CEM)

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to various defense counsel.

                By: */s/Dana E. Hill*
                    Dana E. Hill
                    Assistant United States Attorney
                    No. 189
                    400 West Washington Street, Ste. 3100
                    Orlando, Florida 32801
                    Telephone: (407) 648-7500
                    Facsimile:   (407) 648-7643
                    E-Mail:    dana.hill@usdoj.gov