UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GIOVANY JOEL CRESPO HERNANDEZ | Case No. 6:24-cr-137-CEM-RMN |

## ORDER

This matter is before the Court without oral argument on Defendant Giovany Joel Crespo Hernandez's Motion to Compel (Dkt. 236). The United States filed a response to the motion in which it advises the Court that the government and Defendant agree that entry of a proposed protective order followed by the government's production of the materials covered by that order would resolve the issues raised in Defendant's motion. Dkt. 250 at 1.

Upon consideration of the representations in the response, the Court finds good cause to enter the protective order proposed by the United States. The Court will enter the proposed protective order separately on the docket. The Court further finds that the motion is moot.

- 2 -

Accordingly, it is **ORDERED** that Defendant Giovany Joel Crespo Hernandez's Motion to Compel (Dkt. 236) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on March 19, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record