IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:8:24-cr-00137-CEM-RMN |
| | : | |
| DERECK ALEXIS RODRIGUEZ-BONILLA | : | |
| _____/ | | |

**MOTION TO ADOPT CO-DEFENDANT JORDANISH TORRES-GARCIA OBJECTION TO A DATE CERTAIN TRIAL (DOC 278)**

Defendant, by and through undersigned counsel, hereby moves to adopt the Objection to United States Motion for Date Certain trial (Doc 278) filed on May 14, 2025, by counsel for co-defendant Jordanish Torres-Garcia, and in support thereof state as follows:

1. Defendant is in the same position as the two other co-defendants who remain in the pre-authorization phase as it relates to the potential death penalty.

2. It is the purpose of this statement of adoption to give the defendant the benefit of the objection filed by the co-defendant, without burdening the docket with unnecessary repetition of motions and memoranda and in the interest in judicial economy.

**WHEREFORE**, defendant respectfully request permission to adopt the abovementioned objection.

Respectfully Submitted,
this 15th day of May, 2025


s/ Bjorn Erik Brunvand
Bjorn Erik Brunvand, Esq.
Brunvand & Wise Law Group

s/ Charles M. Greene
Charles M. Greene, Esq.
Charles M. Greene, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15th, 2025, undersigned counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties.

s/ Bjorn Erik Brunvand
Bjorn Erik Brunvand, Esq.
Brunvand & Wise Law Group
615 Turner Street
Clearwater, FL 33756
727/446-7505
Fax: 727/446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077
Attorney for Rodriguez-Bonilla