UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| UNITED STATES, <br><br> Plaintiff, <br> v. <br><br> Anneliz Colon De Jesus <br> Defendant | Case No. 24-cr-137-CEM-RMN <br> Hon. Judge Carlos Mendoza |
|---|---|

# NOTICE OF APPEAL

TO THE HONORABLE COURT:

The Defendant, Anneliz Colon De Jesus, by and through the undersigned CJA counsel, very respectfully states and notifies the following:

NOTICE IS HEREBY GIVEN that Anneliz Colon De Jesus, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment issued and entered on November 13, 2025. Doc. No. 392.

**RESPECTFULLY SUBMITTED** in Orlando, Florida, on November 26, 2025.

/s/ Jorge L. Gerena-Mendez
Jorge L. Gerena-Mendez
CJA Attorney
Florida Bar No: 0105925
PO BOX 7388
Lakeland, Fl 33807
Email 1: attorneygerena@gmail.com

1

*Email 2: USPR4724@gmail.com*
*Telephone: 787-203-2118*

**CERTIFICATE OF SERVICE**

On November 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*S/JORGE L. GERENA- MENDEZ*

---

*Jorge L. Gerena-Mendez*
*CJA Attorney*
*Florida Bar No: 0105925*
*PO BOX 7388*
*Lakeland, Fl 33807*
*Email 1:* attorneygerena@gmail.com
*Email 2: USPR4724@gmail.com*
*Telephone: 787-203-2118*