**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA** **No: 6:24-cr-137-CEM-RMN**
*Plaintiff*,

**v.**

**CESAR SILVA FERNANDEZ,**
*Defendant*.
_________________________________/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Cesar Silva Fernandez, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on November 18, 2025.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on the 3rd day of December 2025, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the Assistant United States Attorney.

*/s/ Michelle Yard*
Michelle Yard, BCS
Florida Bar Number: 14085
Email: michelle@michelleyard.com
**Law Office of Michelle Yard, PLLC**
1317 Edgewater Dr., Suite 4800
Orlando, Florida 32804
Phone: (407) 488-6100
Attorney for Cesar Silva Fernandez