Name: Dereck A. Rodriguez Bonilla
Inmate # 2024000005594

624cr137

MAR 9 2026 PM2:44
FILED - USDC - FLMD - ORL

I would like to recieve A new Federal Attorney

My Attorney barely Comes and Sees me. I've Been fighting this for over A year and only seen my Court appointed Attorney 3 to 4 times. I've found a lot of inconsistencys in my Case and told it to my lawyer to come go over it with me and he stops responding and answering my texts. I'm claiming my innocents and had wanted a bond hearing but my lawyer denied it without even talking to me. I feel my lawyer is not fighting for my innocents or to help get me off the death penalty. He hasn't set down and talk to me about any trial strategys or the best way to fight against the lies and he won't give me my discovery I've been here over a year and have not seen anything of my discovery. I would wish for a new Attorney please and thank you.

Dereck A Rodriquez #202400005594
211 Eslinger Way.
Sanford, Fl. 32773

ORLANDO FL 328

6 MAR 2026 PM 2 L

FOREVER

LEGAL MAIL

401 W Central blvd
Orlando, Fl. 32801
Estados unidos

32801-040199