UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                                                         CASE NO. 6:24-cr-137

DERECK ALEXIS RODRIGUEZ BONILLA,

     Defendant.

_____/

## NOTICE OF WITHDRAWAL OF DEFENDANT'S REQUEST TO APPOINT NEW COUNSEL

Defendant, Dereck Alexis Rodriguez Bonilla, by the undersigned counsel, hereby gives notice that Defendant met with the undersigned counsel on March 10, 2026 and discussed and resolved all issues and concerns of Defendant. Defendant thus withdraws his request to appoint new counsel (Doc. 452). A letter signed by Defendant requesting the withdrawal of his request for the appointment of new counsel is attached hereto as Exhibit 1.

/s/Charles M. Greene
Charles M. Greene
Florida Bar No.  938963
Charles M. Greene, P.A.
55 East Pine Street
Orlando, Florida 32801
Telephone (407) 648-1700
Facsimile (407) 648-0071
E-Mail: cmg@cmgpa.com
*CJA Lead Counsel for Defendant*

Bjorn E. Brunvand
Florida Bar: 831077
Brunvand & Wise Law Group
615 Turner Street
Clearwater, FL 33756
Telephone (727) 446-7505
Facsimile (727) 446-8147
E-Mail: bjorn@acquitter.com

*CJA Learned Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Charles M. Greene
Charles M. Greene

2