**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:24-cr-137-CEM-RMN**

**JORDANISH TORRES-GARCIA**,
**GIOVANY JOEL CRESPO HERNANDEZ**,
**DERECK ALEXIS RODRIGUEZ BONILLA**,
**SONIC TORRES**, and
**MONICSABEL ROMERO SOTO**

AUSA: Brandon Cruz

Defense Attorney: D. Todd Doss, Criminal Justice Act (for Torres-Garcia)
Charles Taylor and Jeffery Brown, CJA (for Crespo Hernandez)
Bjorn Brunvand, CJA (for Rodriguez Bonilla)
Andrew Chmelir, CJA (for Torres)
Erin Hyde, CJA (for Romero Soto)

| Judge: | **ROBERT M. NORWAY** United States Magistrate Judge | Date and Time: | **March 12, 2026** 10:02 A.M.-10:48 A.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 46 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital https://www.flmd.uscourts.gov/ webforms/digital-recording- transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Status Conference/Motion Hearing (Doc 445)**

Case called, appearances made, procedural setting by the Court.
The parties brief the Court on matters stated in the motion.
The Court excuses the Government from the hearing (10:12 A.M.).
The hearing proceeds ex parte with counsel for the defendants.
Counsels inform the Court on budgeting matters.
The Court denies as moot motion 425 and grants the motion at 446. Court adjourned.