UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    Case Nos.   6:24-cr-137-CEM-RMN
                                                  6:24-cr-114-CEM-LHP

KEVIN OCASIO JUSTINIANO

### UNOPPOSED MOTION TO CONTINUE SENTENCING

On January 15 and January 23, 2025, this Court set the sentencing for Defendant Ocasio Justiniano for April 15, 2025. (Case No. 6:24-cr-137, Doc. 189; Case No. 6:24-cr-114, Doc. 51.) Thereafter, this Court granted motions to continue the sentencing hearings that were filed by both parties. (Case No. 6:24-cr-137, Docs. 247, 248, 347, 350, 418; Case No. 6:24-cr-114, Docs. 55, 56, 59, 60, 63.)   Sentencing is currently scheduled for June 23, 2026. (Case No. 6:24-cr-137, Doc. 419; Case No. 6:24-cr-114, Doc. 64.)

Defendant Ocasio Justiniano's conduct relates to pending charges against numerous other defendants, and Case No. 6:24-cr-137-CEM-RMN is presently set for trial on the August 2026 trial term and likely to occur later this year. The parties anticipate that delaying sentencing until that trial is complete will allow this Court to sentence the defendant by considering all of the information appropriate for a proper determination that accounts for the nature and circumstances of the offenses, the characteristics of the offender, avoidance of disparate sentences for co-defendants,

and the other relevant considerations under federal sentencing law. *See* 18 U.S.C. § 3553(a).   The parties request that sentencing be continued to December 2026, at a date convenient to the Court.

Although this Court should avoid unnecessary delay, it is broadly empowered to continue sentencing for good cause shown. Fed. R. Crim. Pro. 32(b)(1), (2). In this case, Defendant Ocasio Justiniano does not object to a delay in sentencing, and the delay will allow the Court to ensure that his sentence is sufficient, but not greater than necessary, to meet the goals of sentencing considering all the relevant information.

The parties have conferred and agree with this continuance.

WHEREFORE, the United States requests the Court to continue the sentencing in this case to a date in December 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

2

**U.S. v. OCASIO JUSTINIANO**          **Case No. 6:24-cr-137-CEM-RMN**
                                       **Case No. 6:24-cr-114-CEM-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to defense counsel of record.

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov