# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                        **Case No. 6:24-cr-137-CEM-RMN**

**KEVIN OCASIO JUSTINIANO**

## NOTICE OF FORFEITURE

*VIA FEDEX TRACKING NO. 8714 7039 4585*
*AND REGULAR U.S. MAIL*

**TO:**   George Michael Justiniano Medina
1264 Toole Street
Orlando, FL 32825

Notice is hereby given that on May 5, 2026, in the case of *United States v. Kevin Ocasio Justiniano*, Case No. 6:24-cr-137-CEM-RMN, the United States District Court for the Middle District of Florida entered an Order of Forfeiture and Preliminary Order of Forfeiture for condemning and forfeiting to the United States of America, approximately $16,000.00 in U.S. currency (Asset ID: 24-FBI-007166).

Our records reflect that you may have an interest in the subject property. The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n), if you have, or claim, a legal interest in the forfeited property, within 30 days of your receipt of this notice you must file a third-party petition with the **Clerk, United States District Court, Middle District of Florida, 401 West Central Boulevard,**

**Suite 1200, Orlando, Florida 32801**. You must sign the petition under penalty of perjury, and you must set forth the nature and extent of your right, title or interest in the forfeited property, any additional facts supporting your claim, and the relief you seek. A copy of any such third-party petition is to be served on **Nicole M. Andrejko, Assistant United States Attorney, 400 West Washington Street, Suite 3100, Orlando, Florida 32801**. If you fail to file a third-party petition with the Court within 30 days of this notice, any interest you may have in the property shall be lost and forfeited to the United States.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746. The regulations pertaining to remission or mitigation of the forfeiture are 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date you receive this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard

petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to **400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney**. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.

Dated: May 6, 2026.

GREGORY W. KEHOE
United States Attorney

By:   *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case No. 6:24-cr-137-CEM-RMN**

**KEVIN OCASIO JUSTINIANO**

## ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF FORFEITURE

TO:    Nicole M. Andrejko
       Assistant United States Attorney
       United States Attorney's Office
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801

In the action styled *United States v. Kevin Ocasio Justiniano*, Case No. 6:24-cr-137-CEM-RMN, United States District Court for the Middle District of Florida, **George Michael Justiniano Medina** hereby acknowledges receipt of a copy of a Notice of Forfeiture (FedEx Tracking Number 8714 7039 4585) along with a copy of the Order of Forfeiture and Preliminary Order of Forfeiture condemning and forfeiting to the United States of America, approximately $16,000.00 in U.S. currency (Asset ID: 24-FBI-007166).

**George Michael Justiniano Medina** also acknowledges receipt of a copy of this Acknowledgment and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

**George Michael Justiniano Medina** acknowledges the Notice of Forfeiture sets forth the procedure for filing a petition with the court to assert an interest in the

above-referenced property pursuant to the provisions of Federal Rule of Criminal

Procedure 32.2(c), and 21 U.S.C. § 853(n).


Date:_____                    _____

**George Michael Justiniano Medina**