**Lake, Kelly (USAFLM)**

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Friday, May 8, 2026 12:57 PM |
| **To:** | Lake, Kelly (USAFLM) |
| **Subject:** | [EXTERNAL] Your shipment was delivered 871470394585 |
| **Attachments:** | DeliveryPicture.jpeg |



# Your shipment was delivered.

**Delivery Date**

Fri, 05/08/2026
12:51pm

**Delivered to**

███████████, ORLANDO, FL 32825

EXHIBIT B



Delivery picture not showing?
View in browser

GET PROOF OF DELIVERY

**Report missing package**

How was your delivery?

    

# Tracking details

| | |
|---|---|
| **Tracking ID** | 871470394585 |
| **From** | U.S. Attorneys Office<br>400 West Washington Street<br>Suite 3100<br>Orlando, FL, US<br>32801 |
| **To** | George Michael Justiniano Medina<br>███████████<br>██████ FL, US<br>32825 |
| **Ship date** | Wed 5/06/2026 04:08 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx 2Day® |
| **Reference** | U.S. v. JUSTINIANO |
| **Shipper reference** | U.S. v. JUSTINIANO |

3