UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:24-cr-137-CEM-RMN

GIOVANY CRESPO HERNANDEZ
DERECK ALEXIS RODRIGUEZ BONILLA

### UNITED STATES' NOTICE REGARDING CAPITAL PUNISHMENT FOR DEFENDANTS GIOVANY CRESPO HERNANDEZ AND DERECK ALEXIS RODRIGUEZ BONILLA

The United States hereby notifies the Court and the defendants in this case

that it has elected not to seek the punishment of death against the following

defendants for the capital crimes charged in the Third Superseding Indictment:

GIOVANY CRESPO HERNANDEZ

DERECK ALEXIS RODRIGUEZ BONILLA

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
E-mail: megan.testerman@usdoj.gov

*/s/ Michael P. Felicetta*
MICHAEL P. FELICETTA
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
E-mail:       Michael.Felicetta@usdoj.gov

**U.S. v. Jordanish Torres Garcia et al.**          **Case No. 6:24-cr-137-CEM-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

2