UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

   **Plaintiff,**

**v.**            **Case No: 6:24-cr-137-CEM-RMN**

**KEVIN OMAR OCASIO**
**JUSTINIANO**

   **Defendant.**

               /

### FINAL ORDER OF FORFEITURE

THIS CAUSE is before the Court on the United States' Motion for Final Order of Forfeiture ("Motion," Doc. 496), filed pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2) for **approximately $16,000.00 in U.S. Currency.**

On May 5, 2026, the Court entered a Preliminary Order of Forfeiture (Doc. 480) for the above-referenced currency pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(5), and 28 U.S.C. § 2461(c). The Court finds that in accordance with 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), the United States published notices of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from May 6, 2026,

continuing through June 4, 2026 (Doc. 489). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801, a petition to adjudicate their interests within sixty days of the first date of publication. No third party has filed a petition or claimed an interest in the currency, and the time for filing such petition has expired.

In accordance with 21 U.S.C. § 853(n), the United States properly noticed George Michael Justiniano Medina, the only person known to have a potential interest in the funds. Other than Defendant, whose interest was previously forfeited to the United States, and George Michael Justiniano Medina (who failed to file a claim), there are no other third parties known to have any interest in the funds, and the time for filing such petitions has expired.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the Motion (Doc. 496) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the currency is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the currency is now vested in the United States.

**DONE** and **ORDERED** in Orlando, Florida, on July 10, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record