UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 6:24-Cr-137-CEM-RMN

GIOVANY CRESPO HERNANDEZ
_____/

### ATTORNEY JEFFREY G. BROWN'S
### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, attorney, JEFFREY G. BROWN, and files this Motion to Withdraw as Counsel of Record in connection with the above-referenced case, and sets-forth the following:

### PROCEDURAL BACKGROUND

On or about June 5, 2024, a federal grand jury in the Middle District of Florida, Orlando Division, returned a three (3) count Superseding Indictment naming Mr. Crespo Hernandez and three (3) co-defendants in the charges of carjacking resulting in death, kidnapping, and use of a firearm during and in relation to a crime of violence, causing the death of K.A. (Doc. 28). Mr. Crespo Hernandez is charged in all three (3) listed counts.

On June 12, 2024, the defense filed a Motion for Appointment of Learned Counsel, pursuant to 18 U.S.C. § 3005. (Doc. 68). On June 18, 2024, undersigned counsel was appointed to represent Mr. Crespo Hernandez, pursuant to 18 U.S.C. § 3005, and pursuant to the Criminal Justice Act. (Doc. 76).

On or about September 4, 2024, a Second Superseding Indictment was returned adding a fourth count as to co-defendant Torres Garcia. (Doc. 102).

On or about January 8, 2025, a sixteen (16) count Third Superseding Indictment was returned adding four (4) new co-defendants, on charges of drug trafficking conspiracy, conspiracy to interfere with commerce by robbery, interference with commerce by robbery [3 counts], brandishing of a firearm during and in relation to a crime of violence [2 counts], attempted interference with commerce by robbery, possession of ammunition by a prohibited person, carjacking resulting in death, kidnapping resulting in death, possession use, and discharge of a firearm during and in relation to a crime of violence, causing death, arson, possession with intent to distribute controlled substances, possession of a firearm in furtherance of drug trafficking, and possession of a firearm by a prohibited person. (Doc. 143).  Mr. Crespo Hernandez is charged in Counts One, Two, Nine, Ten, Eleven, Twelve, and Fifteen.

On July 8, 2026, the United States of America filed its Notice Regarding Capital Punishment for Defendants Giovany Crespo Hernandez and Dereck Alexis Rodriguez Bonilla, indicating that the United States has elected not to seek the punishment of death against both defendants. (Doc. 498).

## LEGAL JUSTIFICATION

The undersigned was appointed as additional counsel pursuant to 18 U.S.C. § 3005, based on Mr. Crespo Hernandez having been indicted on a death eligible

offense.  Subsequent to the undersigned's appointment, the United States filed its Notice Regarding Capital Punishment for Defendants Giovany Crespo Hernandez and Dereck Alexis Rodriguez Bonilla, indicating that the United States has elected not to seek the punishment of death against both defendants. (Doc. 498).

Mr. Crespo Hernandez no longer qualifies for two (2) appointed counsels in this matter.

**WHEREFORE**, the undersigned attorney, JEFFREY G. BROWN, hereby files this Motion to Withdraw as Counsel and seeks to be removed as attorney of record in this matter, and additionally, seeks to be relieved from all further legal obligations.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL  33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 17th day of July, 2026.

_/s/ Jeffrey G. Brown_
JEFFREY G. BROWN, ESQUIRE
Brown Doherty Little
9600 Koger Blvd N, #235
St. Petersburg, FL  33702
(727) 299-0099, Ext. 1
FBN 832431
jeff@lawbdl.com