UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 6:24-Cr-137-CEM-RMN

DERECK ALEXIS RODRIGUEZ BONILLA

_____/

## MOTION TO WITHDRAW

Petitioner, BJORN BRUNVAND, files this Motion to Withdraw as learned counsel of record on behalf of DERECK ALEXIS RODRIGUEZ BONILLA and in support thereof states the following:

1. On or about June 5, 2024, a federal grand jury in the Middle District of Florida, Orlando Division, returned a three (3) count Superseding Indictment naming Mr. Dereck Alexis Rodriguez Bonilla and three (3) co-defendants in the charges of carjacking resulting in death, kidnapping, and use of a firearm during and in relation to a crime of violence, causing the death of K.A. (Doc. 28).

2. On June 6, 2024, lead CJA Counsel Charles Greene was appointed pursuant to the Criminal Justice Act. (Doc. 47).

3. On July 18, 2024, undersigned learned counsel was appointed

pursuant to 18 U.S.C. § 3005, and pursuant to the Criminal Justice Act. (Doc. 90).

4.    On July 8, 2026, the United States of America filed its notice, indicating that the United States has elected not to seek the punishment of death against Dereck Alexis Rodriguez Bonilla. (Doc. 498).

5.    While it may be appropriate to appoint co-counsel in this matter, defendant Rodriguez Bonilla is no longer entitled to learned counsel.

6.    Counsel has discussed this with defendant Rodriguez Bonilla and while he prefers to be represented by both counsel through trial, he understands that learned counsel is no longer warranted.

7.    This motion should in no way suggest that the new or continued appointment of co-counsel is not warranted in this case.

**WHEREFORE**, the undersigned attorney, BJORN E. BRUNVAND, hereby files this Motion to Withdraw as Counsel and seeks to be removed as learned counsel of record in this matter, and additionally, seeks to be relieved from all further legal obligations.

Respectfully Submitted,

_s/ Bjorn E. Brunvand_
BJORN E. BRUNVAND, ESQ.
Learned Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27th, 2026, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

s/ Bjorn E. Brunvand
BJORN E. BRUNVAND, ESQ.
Learned Counsel for the Defendant
BRUNVAND, WISE & FARINELLA
LAW GROUP
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077