UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO, DIVISION

UNITED STATES OF AMERICA
      PLAINTIFF

V.                                        CASE NO. 6:24-CR-00137-CEM-RMN

DERECK ALEXIS RODRIGUEZ BONILLA
      DEFENDANT

DEFENDANT'S MOTION TO SET CASE FOR
TRIAL AND ASSERTION OF SPEEDY TRIAL RIGHTS

COMES NOW, THE DEFENDANT, DERECK ALEXIS RODRIGUEZ BONILLA, PROCEEDING BY AND THROUGH UNDERSIGNED COUNSEL CHARLES M. GREENE, RESPECTFULLY MOVES THIS HONORABLE COURT TO SET THIS MATTER FOR TRIAL AT THE EARLIEST PRACTICABLE DATE AND STATES:

• THE DEFENDANT IS CHARGED IN THE ABOVE-CAPTIONED CASE.

• THE DEFENDANT EXPRESSLY ASSERTS HIS RIGHTS UNDER THE SIXTH AMENDMENT TO THE UNITED STATES CONSTITUTION

1 OF 3

AND UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. §§ 3161 – 3174.

- THE DEFENDANT IS PREPARED TO PROCEED TO TRIAL AND DOES NOT SEEK ANY CONTINUANCE OR DELAY OF THESE PROCEEDINGS.

- THE DEFENDANT MAINTAINS HIS INNOCENCE OF THE CHARGES ALLEGED IN THE INDICTMENT AND DESIRES A PROMPT OPPORTUNITY TO PRESENT HIS DEFENSE BEFORE A JURY.

TO THE EXTENT CONSISTENT WITH THE COURT'S CALENDAR AND APPLICABLE LAW, THE DEFENDANT REQUESTS THAT THIS CASE BE PLACED ON THE EARLIEST AVAILABLE TRIAL CALENDAR.

WHEREFORE, DEFENDANT RESPECTFULLY REQUESTS THAT THE COURT SET THIS MATTER FOR TRIAL AT THE EARLIEST PRACTICABLE DATE AND GRANT SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DERECK ALEXIS RODRIGUEZ BONILLA

#202400005594

JOHN E. POLK CORRECTIONAL FACILITY

211 ESLINGER WAY

SANFORD, FLORIDA

32773

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE <u>July 23</u>, 2026