UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:24-cr-137-CEM-RMN**

**JORDANISH TORRES-GARCIA, GIOVANY JOEL CRESPO HERNANDEZ, DERECK ALEXIS RODRIGUEZ BONILLA, SONIC TORRES and MONICSABEL ROMERO SOTO**

---

AUSAs: Michael Felicetta and Megan Testerman

Defense Attorneys: D. Todd Doss and Roger Weeden, CJA (for Torres-Garcia)
Charles Taylor, Jr., CJA (for Crespo Hernandez)
Charles Greene, CJA (for Rodriguez Bonilla)
Andrew Chmelir, CJA (for Torres)
Susan Malove, CJA (for Romero Soto)

| | | | |
|---|---|---|---|
| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **August 19, 2026** 9:37 A.M. – 10:00 A.M. |
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 23 Minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendants' Ore Tenus Unopposed Joint Motion to Continue Trial is **GRANTED**.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant

in a speedy trial. The Court, therefore, determines that the time from today 8/19/2026 until and including 10/31/2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for September 17, 2026 at 9:15 AM.

Jury trial set for October 2026 trial term.

Court is adjourned.