UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:24-cr-137-CEM-RMN**

**JORDANISH TORRES-GARCIA**

AUSAs: Michael Felicetta and Megan Testerman

Defense Attorneys: D. Todd Doss and Roger Weeden, CJA (for Torres-Garcia)

| | | | |
|---|---|---|---|
| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **August 19, 2026** 3:01 P.M. – 3:05 P.M. |
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 4 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE STATUS CONFERENCE**

Case called. Appearances made by counsel.

The Court inquires with counsel.

Court is adjourned.