UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:24-cr-137-CEM-RMN**

**JORDANISH TORRES-GARCIA, GIOVANY JOEL CRESPO HERNANDEZ, DERECK ALEXIS RODRIGUEZ BONILLA, SONIC TORRES and MONICSABEL ROMERO SOTO**

AUSAs: Michael Felicetta and Megan Testerman

Defense Attorneys: D. Todd Doss and Roger Weeden, CJA (for Torres-Garcia)
Charles Taylor, Jr., CJA (for Crespo Hernandez)
Charles Taylor, Jr. for Charles Greene, CJA (for Rodriguez Bonilla)
Charles Taylor, Jr. for Andrew Chmelir, CJA (for Torres)
Susan Malove, CJA (for Romero Soto)

| | | | |
|---|---|---|---|
| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **September 17, 2026** 9:30 A.M. – 9:37 A.M. |
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 7 Minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendants' Ore Tenus Unopposed Joint Motion to Continue Trial is **GRANTED**.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant

in a speedy trial. The Court, therefore, determines that the time from today 9/17/2026 until and including 10/4/2027, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Scheduling Order to be entered.

Status Conference set for December 17, 2026 at 9:15 AM.

Jury trial, date certain, set for October 5, 2027. The Court reserves 5 weeks for trial.

Court is adjourned.